IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHELSEY WILEY,

    Plaintiff,

v.

    Case No. 18-cv-835-wmc

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Chelsey Wiley affirming the Commissioner's decision denying plaintiff's application for disability benefits and supplemental security income.

| s/ R. Swanson, Deputy Clerk | 12/13/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |